No. 32. LIGHTFOOT v. UNITED STATES. Certiorari, 350 U. S. 992, to the United States Court of Appeals for the Seventh Circuit. The motion of Bruce McM. Wright et al. for leave to file brief, as *amici curiae*, is denied.

No. 34. ROWOLDT v. PERFETTO, ACTING OFFICER IN CHARGE, IMMIGRATION AND NATURALIZATION SERVICE. Certiorari, 350 U. S. 993, to the United States Court of Appeals for the Eighth Circuit. The motions of International Longshoremen's & Warehousemen's Union and National Lawyers Guild for leave to file briefs, as *amici curiae*, are denied.